MERCANTILE–COMMERCE BANK & TRUST COMPANY, Appellant, v. Joseph HOFFMAN, Trustee in Bankruptcy for A. Wolff, doing business as A. Wolff Store & Fixture Company, Bankrupt.

No. 12479.

Circuit Court of Appeals, Eighth Circuit.

Dec. 7, 1942.

William R. Bascom, of St. Louis, Mo., for appellant.

Selden Blumenfeld, of St. Louis, Mo., for appellee.

PER CURIAM.

Petition for allowance of appeal dismissed, with prejudice to and at the cost of appellant, but without taxation of attorney's docket fee in favor of appellee, on stipulation of parties.